IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-cr-00449-JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER ON MOTION TO DISMISS |
| JAMEELAH SULLINS | ) | |
| Defendant. | ) | |

The Court grants the motion of the United States pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the charges against defendant Jameelah Sullins.

Date: October 12, 2011.

                                             /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Judge